*Opposed*—None.

89 A.3d 567

IN THE MATTER OF STUART A. KELLNER, AN ATTORNEY
AT LAW (ATTORNEY NO. 006701975).

May 6, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–283, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **STUART A. KELLNER** of **WARREN,** who was admitted to the bar of this State in 1975, and who has been temporarily suspended from the practice of law since August 28, 2012, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client funds) and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.2d* 1153 (1979);

And **STUART A. KELLNER** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **STUART A. KELLNER** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;  and it is further

ORDERED that **STUART A. KELLNER** be and hereby is permanently restrained and enjoined from practicing law;  and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.